■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PAUL MORANT, Appellant. [714 NYS2d 893] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (Buchter, J.), rendered July 24, 1996, convicting him of attempted murder in the first degree, aggravated assault upon a police officer, assault in the second degree, criminal possession of a weapon in the second degree, and criminal possession of a weapon in the third degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the prosecution (*see, People v Contes,* 60 NY2d 620; *People v Manning,* 199 AD2d 621), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, resolution of issues of credibility, as well as the weight to be accorded to the evidence presented, are primarily questions to be determined by the jury, which saw and heard the witnesses (*see, People v Gaimari,* 176 NY 84, 94). Its determination should be accorded great weight on appeal and should not be disturbed unless clearly unsupported by the record (*see,*

*People v Garafolo,* 44 AD2d 86, 88). Upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence *(see,* CPL 470.15 [5]).

The defendant's remaining contention is without merit *(see, People v Townes,* 41 NY2d 97). O'Brien, J. P., Altman, Krausman and Goldstein, JJ., concur.